IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.No. |
| | ) | |
| vs. | ) | In violation of 18 U.S.C. |
| | ) | § 922(g)(1) |
| STEPHEN MONTGOMERY | ) | |

**INDICTMENT** CR 06 44 ML

The Grand Jury charges that:

On or about November 14, 2005, in the District of Rhode Island, the defendant STEPHEN MONTGOMERY, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a 9mm Glock semiautomatic pistol with an obliterated serial number.

In violation of 18 U.S.C. § 922(g)(1)

A REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
United States Attorney

Date: 4-5-06

ZECHARIAH CHAFEE
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division