# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

**Case No. CR 06-44ML**

RECEIVED
APR 0 5 2006
US MARSHALS
RHODE ISLAND

***To:*** ***ACI***
***CRANSTON RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **STEPHEN MONTGOMERY**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **7th** day of **April, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Return unexecuted, court appearance cancelled.**

**Deputy U.S. Marshal**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: April 5, 2006.

David A. DiMarzio, Clerk

Arraignment

***By*** ***Martha Saucier - Deputy Clerk***