573223

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

STEPHEN MONTGOMERY

WARRANT FOR ARREST

CASE NUMBER: CR 06-44ML

RECEIVED
APR 05 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest STEPHEN MONTGOMERY
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
FELON IN POSSESSION

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Martha Sauvier
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

April 5, 2006, Providence, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI upon expiration of state sentence; presented before USMJ Martin for arraignment | | |
| DATE RECEIVED 04/05/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/22/2007 | Charles Wyant SDUSM | [signature] |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.