**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-44-01ML** |
| | ) | |
| **STEPHEN MONTGOMERY** | ) | |

---

**MOTION TO ENLARGE TIME FOR**
**FILING OBJECTIONS TO PRE-SENTENCE REPORT**

Now comes the accused, Stephen Montgomery, by and through his counsel, and moves this Honorable Court to enlarge the time for filing objections to the pre-sentence report in this matter until February 22, 2008. In support of this request, counsel states that the additional time is needed to further investigate and research the defendant's criminal history as outlined in the pre-sentence report.

The government, through AUSA Zechariah Chafee, has indicated it has no objection to the granting of this request.

Respectfully submitted
Stephen Montgomery
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA and Heather McLoughlin, USPO on the 14th day of January 2008.

/s/ Mary S. McElroy