**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-44-01-ML** |
| | ) | |
| **STEPHEN MONTGOMERY** | ) | |

---

## MOTION TO CONTINUE SENTENCING

Now comes the accused, Stephen Montgomery, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for April 25, 2008 for an additional sixty (60) days.

In support of this motion defense counsel asserts that she needs the additional time to properly review the defendant's criminal history and adequately prepare for sentencing in this case. The government, through AUSA Zechariah Chafee, indicates it has no objection to the granting of this motion.

Respectfully submitted
Stephen Montgomery
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA and Heather McLoughlin, USPO on the 2nd day of April, 2008.

/s/ Mary S. McElroy