**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-44-01ML** |
| | ) | |
| **STEPHEN MONTGOMERY** | ) | |

---

**MOTION TO AMEND CONDITIONS OF HOME CONFINEMENT**

Now comes the accused, Stephen Montgomery, by and through his counsel, and moves this Honorable Court amend the conditions of his bail and home confinement to allow him to leave home for family and medical emergencies.

Respectfully submitted
Stephen Montgomery
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 27th day of May 2008.

/s/ Mary S. McElroy

Granted. Mary M. Lisi USDJ 5/30/08